## OLIVER W. MILLER *versus* CHARLES MONROE AND AARON CORBETT, LATE MERCHANTS IN TRADE UNDER THE FIRM OF MONROE & CORBETT

JOURNAL ENTRIES (1824–28): *Journal 3:* (1) Recognizance taken *p. 476; (2) rule to declare and to plead *p. 485. *Journal 4:* (3) Continued MS p. 12; (4) continued MS p. 94; (5) submitted MS p. 186; (6) nonsuit MS p. 197.

PAPERS IN FILE: (1) Precipe for capias; (2) affidavit of indebtedness; (3) capias and return; (4) recognizance; (5) justification of bail; (6) declaration; (7) plea of non assumpsit; (8) stipulation submitting to court question of judgment for costs.

*1824–36 Calendar*, MS p. 49.

## UNITED STATES *versus* DeGARMO JONES AND CONRAD TEN EYCK

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Recognizance taken *p. 476; (2) rule to perfect bail, or procedendo *p. 484. *Journal 4:* (3) Motion for judgment MS p. 2.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) notice of exception to bail; (5) waiver of justification of bail; (6) declaration; (7) taxed bill of costs; (8) sheriff's bill of fees; (9) memo. of approval of counsel fee.

*1824–36 Calendar*, MS p. 35.